**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-11-00668-CV**

_____

**KHAI NGOC TRAN AND HAI HOANG, Appellants**

**V.**

**COASTAL SEAFOOD & GROCERY, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-185,104**

**ORDER**

Counsel of record for appellants Khai Ngoc Tran and Hai Hoang filed a motion to withdraw as counsel. The motion lists the current deadlines and settings in the case, contains the appellants' names and last known address, and states that a copy of the motion was delivered to the party by mailing to the last known address. *See* Tex. R. App. P. 6.5(a). Counsel states that he notified the appellants of their right to object to the motion to withdraw.

1

The motion to withdraw as counsel for the appellants is GRANTED. Tex. R. App. P. 6.5. All notices in the appeal will be sent to Khai Ngoc Tran and Hai Hoang at 4444 Victory Drive, Apt. 18, Houston, Texas 77088.

ORDER ENTERED January 31, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.